IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY LEE LEMAY, | ) |
| Plaintiff, | ) ) |
| | ) No. 3:19-cv-683 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| CORRECT CARE SOLUTIONS, LLC, et al. | ) ) |
| | ) |
| Defendants. | |

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 81), recommending that several of Plaintiff's proposed amendments to his complaint be denied, (*id.* at 1), or, as he put it more precisely later in his Report and Recommendation, that several of the new claims in Plaintiff's Amended Complaint (Doc. No. 58) be dismissed upon this Court's review of the new claims under 28 U. S. C. § 1915(e)(2). No Objections to the Report and Recommendation have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

1

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, the claims against Sheriff Daron Hall in his individual capacity, the claims related to a disciplinary action taken against Plaintiff in February 2020 (Doc. No. 58 at 16), and the claims of an inadequate law library (*id.* at 18) are **DISMISSED**. The other claims asserted in the Amended Complaint will proceed.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE