IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY LEE LEMAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:19-cv-00683 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| CORRECT CARE SOLUTIONS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 106), recommending that Defendants Metropolitan Government of Nashville and Davidson County, Tennessee ("Metro Government") and Davidson County Sheriff's Office ("DCSO") Officer Keyonna Alexander Motion to Dismiss (Doc. No. 84) be granted. Specifically, the Magistrate Judge recommended that Plaintiff's deliberate indifference claim against Defendant Alexander be dismissed with prejudiced, and that Plaintiff's municipal liability claims against Defendant Metro Government be dismissed with prejudice. No Objections to the Report and Recommendation have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018

1

WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Defendant's Motion to Dismiss (Doc. No. 84) is **GRANTED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE