IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY LEE LEMAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:19-cv-00683 ) JUDGE RICHARDSON |
| CORRECT CARE SOLUTIONS, et. al., | ) ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 106, "R&R") from the Magistrate Judge recommending dismissal of claims against Defendant Officer Keyonna Alexander and Defendant Metropolitan Government of Nashville and Davidson County ("Metro Government."). The R&R was issued in response to Defendant Alexander's motion to dismiss and Defendant Metropolitan Government's partial motion to dismiss Plaintiff's Amended Complaint. (Doc. No. 84, "Motion"), to which Plaintiff filed two separate responses (Doc. Nos. 95 and 97, "Responses"). Plaintiff has filed Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 114, "Objections"), and Defendants Alexander and Metro Government have filed a Response (Doc. No. 115).

For the reasons set forth in the accompanying memorandum opinion, the R & R is **ADOPTED IN PART and NOT ADOPTED IN PART**. Specifically, the Court adopts the recommendation to dismiss the claim against Defendant Metro Government, and that claim is hereby dismissed, and the Clerk is **DIRECTED** to terminate Defendant Metro Government as a party. However, the Court rejects the recommendation to dismiss the claim against Defendant Alexander, and such claim survives for further development.

The Court notes that this resolution of the R&R means that the Court **DENIES IN PART and GRANTS IN PART** the Motion. Specifically, the Court grants the Motion to the extent that it requests dismissal of Plaintiff's claim against Defendant Metro Government and denies the Motion to the extent that it requests dismissal of Plaintiff's claim against Defendant Alexander.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE